1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARI SPERRY,                          )
                                      )    No.  CV-06-3083-CI
                  Plaintiff,          )
                                      )
v.                                    )    ORDER GRANTING JOINT MOTION
                                      )    FOR STIPULATED REMAND
MICHAEL J. ASTRUE,                    )    PURSUANT TO SENTENCE FOUR OF
Commissioner of Social                )    42 U.S.C. 405(g)
Security,                             )
                                      )
                  Defendant.          )

     BEFORE THE COURT is the parties' stipulated Motion to remand
the above-captioned matter to the Commissioner for additional
administrative proceedings. (Ct. Rec. 25.)   The parties have
consented to proceed before a magistrate judge.   (Ct. Rec. 7.)
After considering the stipulation of the parties,

     **IT IS ORDERED** that the above-captioned case be **REVERSED** and
**REMANDED** to the Commissioner of Social Security for further
administrative proceedings pursuant to sentence four of 42 U.S.C. §
405(g).   On remand, the administrative law judge (ALJ) will: (1)
fully evaluate the opinions of Cecelia Cooper, Ph.D., Kathleen
Worsley, Ph.D., and John McRae, Ph.D., explaining the weight given
each medical opinion and providing legally sufficient reasons for
for the rejection of medical opinions; (2) evaluate the statements

ORDER GRANTING MOTION FOR STIPULATED REMAND - 1

1  of lay witness, Anna Morales; (3) reevaluate Plaintiff's statements,

2  and provide clear and convincing reasons supported by the record for

3  the rejection of Plaintiff's allegations; (4) review and evaluate

4  the opinion at Exhibit B of the transcript of administrative record;

5  (5) reassess Plaintiff's residual functional capacity; and (6)

6  obtain supplemental vocational expert evidence and medical expert

7  evidence, if warranted.  Plaintiff may present new arguments and

8  further medical evidence, if such evidence becomes available.

9       **IT IS FURTHER ORDERED:**

10       1.   The parties' joint Motion for stipulated remand **(Ct. Rec.**

11  **25)** is **GRANTED**.

12       2.   Judgment shall be entered for the **PLAINTIFF**.

13       3.   An application for attorney fees may be filed by separate

14  motion.

15       The District Court Executive is directed to enter this Order,

16  forward copies to counsel, and thereafter close this file.

17       DATED April 17, 2007.

18

19                       S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION FOR STIPULATED REMAND - 2